UNITED STATES of America,
Plaintiff–Appellee,

v.

Adnan ZOUBI, also known as Adnan Salam Shafeek Zoubi, Defendant–Appellant.

No. 05–11413
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Susan B. Cowger, Shane Read, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Matthew Arnold, Adnan Zoubi, Federal Correctional Institution Big Spring, Big Spring, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Adnan Zoubi has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief, Zoubi's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further re-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

sponsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.